AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2026

SEAN F. MCAVOY, CLERK

JOHN ROBERT DEMOS
*Petitioner*
v.

ROBERT JACKSON
*Respondent*

Civil Action No. 1:26-cv-3185-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: Pursuant to the order filed at ECF No.4, judgment is entered without prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 9/22/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*